JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
RALPHS GROCERY COMPANY
d/b/a FOOD 4 LESS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MA DEL REFUGIO MEJIA-MARES, individually,<br><br>Plaintiff,<br><br>vs.<br><br>RALPHS GROCERY COMPANY, a California, and DOES 1 through 10 and ROE ENTITIES 11 through 20, inclusive, jointly and severally,<br><br>Defendants. | CASE NO. 2:16-cv-00133-RFB-PAL<br><br><br><br><br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties participated in a private mediation on September 7, 2016, which resulted in the parties agreeing to a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant RALPHS GROCERY COMPANY, and BRYAN A. BOYACK, ESQ. of the RICHARD HARRIS LAW FIRM, counsel for Plaintiff MA DEL REFUGIO MEJIA-MARES as follows:

1.  Plaintiff MA DEL REFUGIO MEJIA-MARES' claims herein against Defendant RALPHS GROCERY COMPANY shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

2.  That there is no pending trial date in this matter as the parties were still involved in discovery and had not yet requested a trial date. Further, the parties request that any pending Court

CLAC 3505382.1

ordered deadlines be vacated.

Respectfully submitted this 23rd day of September, 2016.

| RICHARD HARRIS LAW FIRM | COOPER LEVENSON, P.A |
|---|---|
| /s/Bryan A. Boyack<br>BRYAN A. BOYACK, ESQ.<br>Nevada Bar No. 009980<br>801 South Fourth Street<br>Las Vegas, NV 89101<br>(702) 444-4444<br>Attorneys for Plaintiff<br>MA DEL REFUGIO MEJIA-MARES | /s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>Attorneys for Defendant<br>RALPHS GROCERY COMPANY<br>d/b/a FOOD 4 LESS |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of September, 2016.

CLAC 3505382.1